

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-18-00388-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT,**
Appellants

v.

**JASMINE ENGINEERING, INC.,**
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI02459
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On June 14, 2018, appellee filed a Motion to Hear Accelerated Appeal on the Trial Court Papers. Appellant filed a response to appellee's motion on June 20, 2018, and appellee filed a reply supporting its motion on June 25, 2018. Appellee's Motion to Hear Accelerated Appeal on the Trial Court Papers is **DENIED**.

Appellant's brief is currently due on or before July 31, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court